UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARISGISELLE PICKNEY,<br><br>               Plaintiff,<br><br>          -against-<br><br>LOUISE CARROLL, as Commissioner of the New York City Department of Housing Preservation and Development; THE NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and THE CITY OF NEW YORK,<br><br>               Defendants. | 1:18-cv-12198-MKV<br><br>ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/16/2020 |

MARY KAY VYSKOCIL, United States District Judge:

      In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

      It is hereby ORDERED that the Initial Pretrial Conference scheduled to take place on Wednesday, March 18, 2020 is adjourned *sine die*. It is further ORDERED that the parties shall file a proposed Case Management Plan in compliance with the Court's Individual Rules of Practice in Civil Cases no later than March 30, 2020. Both a model Case Management Plan and the Court's Individual Rules are available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

Date: March 16, 2020　　　　　　　　　　　　　　　　*/s/ Mary Kay Vyskocil*
      New York, NY　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
      　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**