UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021

PARISGISELLE PINCKNEY,

           Plaintiff,

-against-

LOUISE CARROLL, as Commissioner of the New York City Department of Housing Preservation and Development; THE NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; and THE CITY OF NEW YORK,

           Defendants.

1:18-cv-12198-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 87]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if a settlement agreement has not been executed if the application to restore the action is made by **March 15, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

SO ORDERED.

Date: February 11, 2021
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**